LANDAU, GOTTFRIED & BERGER, LLP
Robert G. Wilson, SBN 58653
rwilson@lgbfirm.com
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

HF LAW GROUP, PLCC
Robert D. Flynn, Pro Hac Vice
rdf@hflawgroup.com
Michele Howard-Flynn, Pro Hac Vice
mhf@hflawgroup.com
3257 West Sarazen's Circle
Memphis, TN 38125
Telephone:  (901) 322-8025
Facsimile:  (901) 322-8025

Attorneys for Plaintiff

MOYE, O'BRIEN, PICKERT & DILLON, LLP
Megan A. Cantlebary, SBN 234705
mcantlebary@moopd.com
800 South Orlando Avenue
Maitland, FL 32751
Telephone:  (407) 622-5250
Facsimile:  (407) 622-5440

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| J-LINE PUMP CO. d/b/a AMERICAN MARSH PUMPS,<br><br>Plaintiff,<br><br>vs.<br><br>SHIMMICK CONSTRUCTION CO., INC./OBAYASHI CORP., JOINT VENTURE; *et al.*<br><br>Defendants. | No. CV 11-09125 DMG (AJWx)<br><br>**JOINT REPORT OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the Local Rule 16-15.7, Plaintiff J-Line Pump Co. d/b/a American-Marsh Pumps and Defendants Shimmick Construction Co., Inc./Obayashi Corp., Joint Venture, Federal Insurance Company, Continental Casualty Company and Safeco Insurance Company of America hereby submit this Joint Report of Settlement to notify the Court that the Parties have reached a settlement in the above-referenced action. A formal settlement agreement will be circulated between the Parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action, with prejudice, will be filed. The Parties request 30 days in which to file the dismissal

IT IS SO STIPULATED.

Dated: August 5, 2014.

| ROBERT D. FLYNN | MEGAN A. CANTLEBARY |
|---|---|
| */s/ Robert D. Flynn* | */s/ Megan A. Cantlebary* |
| Robert D. Flynn | Megan A. Cantlebary |
| Pro Hac Vice | CA Bar No. 234705 |
| HF LAW GROUP, PLLC | MOYE, O'BRIEN, PICKERT & DILLON, LLP |
| 3257 W. Sarazen's Circle | 800 South Orlando Ave. |
| Memphis, TN 38125 | Maitland, FL 32752 |
| Tel: (901) 322-8025 | Tel: (407) 622-5250 |
| Fax: (901) 322-8026 | Fax: (407) 622-5440 |
| rdf@hflawgroup.com | mcantlebary@moopd.com |
| AND | *Counsel for Defendants, Shimmick Construction Co., Inc./Obayashi Corp., Joint Venture, Continental Casualty Company, Federal Insurance Company, and Safeco Insurance Company of America* |
| Robert G. Wilson | |
| Landau, Gottfried & Berger, LLP | |
| 1801 Century Park East, Suite 700 | |
| Los Angeles, CA 90067 | |
| Tel: (310) 557-0050 | |
| Fax: (310) 557-0056 | |
| rwilson@lgbfirm.com | |
| *Counsel for Plaintiff, J. Line Pump Co., d/b/a American-Marsh Pumps* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Joint Notice of Settlement by using the CM/ECF system, which will send contemporaneously by the CM/ECF system a notice of electronic filing to all counsel registered for electronic service. I further further certify that I have served contemporaneously on the date embedded above by the CM/EFC system above a copy of the foregoing on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing same via United States first class mail, postage prepaid.

/s/ Megan A. Cantlebary
Megan A. Cantlebary
CA Bar No. 234705